JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VILLAFANA,<br><br>                Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA CORPORATION; and DOES 1 through 20,<br><br>                Defendants. | Case No. 2:14-cv-02181-PA(PJWx)<br><br>**[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Date:        November 17, 2014<br>Time:       1:30 p.m.<br>Courtroom: 15<br><br>Assigned to the Hon. Percy Anderson<br><br>Complaint Filed:  January 8, 2014<br>Trial Date:          January 20, 2015 |

# **ORDER**

Pursuant to the parties' Stipulation of Dismissal of Entire Action With Prejudice, and good cause appearing, IT IS HEREBY ORDERED:

1. That the above-captioned case be dismissed with prejudice as to all claims, causes of action against Defendant, in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Each party shall bear its/her own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 6, 2014

_____
Honorable Percy Anderson
United States District Judge